United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Richard Mark Hoagland  
    Debtor

Case No. 20-13699-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Sep 15, 2020  
                        Form ID: 130     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2020.  
db           +Richard Mark Hoagland,    390 Grieson Road,    Honey Brook, PA 19344-1756

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
ust          +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Sep 16 2020 05:54:04    Frederic J. Baker,    Office of United States Trustee,    200 Chestnut Street,    Suite 502,    Philadelphia, PA 19106-2908  
                                                                                                                                                         TOTAL: 1

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2020                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2020 at the address(es) listed below:  
              JOSEPH F. CLAFFY    on behalf of Debtor Richard Mark Hoagland claffylaw@gmail.com, claffylaw@aol.com;claffylawecf@gmail.com  
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                           TOTAL: 2

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:                                                          Chapter: 13

    Richard Mark Hoagland

        Debtor(s)                                    Bankruptcy No: 20−13699−mdc

*O R D E R*

**AND NOW,** this 15th day of September 2020 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Atty Disclosure Statement due 09/28/2020
    Chapter 13 Plan due by 09/28/2020
    Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1(old)Due 09/28/2020
    Means Test Calculation Form 122C−2 − If Applicable − Due: 09/28/2020
    Schedules AB−J due 09/28/2020
    Statement of Financial Affairs due 09/28/2020
    Summary of Assets and Liabilities Form B106 due 09/28/2020

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

5
Form 130