**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Richard Mark Hoagland                          CHAPTER 13
             Debtor(s)

                                                  BKY. NO. 20-13699 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-12 and index same on the master mailing list.

                                          Respectfully submitted,

                                          /s/ Rebecca A. Solarz
                                          Rebecca Solarz
                                          16 Sep 2020, 17:01:04, EDT

                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 627-1322