IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   RICHARD MARK HOAGLAND       :       CHAPTER 13
    DEBTOR                                            :       CASE NO. 20-13699 MDC

ORDER

AND NOW, this __30th__ day of September 2020, upon consideration of the Motion of Debtor to Extend Time for the Filing of Required Schedules and Documents it is hereby ORDERED that the Motion is GRANTED and the required schedules and documents shall be filed on or before   October 29, 2020   or the case may be dismissed without further notice.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge