000466

**Earnings Statement** — ADP

THE SHERWIN-WILLIAMS CO.
216-566-2000
101 W. PROSPECT AVE CLEVELAND, OH 44115-1075

Period Beginning: 10/07/2019
Period Ending: 10/13/2019
Pay Date: 10/25/2019

Taxable Marital Status:
Federal:   Married

Exemptions/Allowances:
Federal:   3

RICHARD M HOAGLAND
390 GRIESON RD.
HONEY BROOK PA 19344

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Hourly Pay | 23.8100 | 38.00 | 904.78 | 2,720.30 |
| Gross Pay | | | $904.78 | 2,720.30 |

Your federal taxable wages this period are $781.55

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -31.24 | 99.16 |
| | Social Security Tax | -49.62 | 146.23 |
| | Medicare Tax | -11.37 | 34.20 |
| | PA State Income Tax | -23.99 | 72.16 |
| | Honey Brook Income Tax | -11.72 | 35.26 |
| | PA SUI/SDI Tax | -0.54 | 1.63 |
| | Bethel Twp Local Svc Tax | | 10.00 |
| | **Other** | | |
| | Accident Ins | -2.49 | 7.47 |
| | Group Life Ins | -4.87 | 14.61 |
| | Group Term Life | -2.65 | 7.95 |
| | Pretax Dental | -8.54* | 25.62 |
| | Pretax Health | -114.69* | 344.07 |
| | Offset Gtl | | -7.95 |
| | **Adjustment** | | |
| | Offset Gtl | +2.65 | |
| | **Net Pay** | $646.71 | |
| | Dir Depst Chkng | -646.71 | 1,929.89 |
| | **Net Check** | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 2.65 | 7.95 |

**Important Notes**
COMPANY PH #:216-566-2000

**Additional Tax Withholding Information**
Taxable Marital Status:
PA:   Single
Exemptions/Allowances:
PA:   N/A

* Excluded from federal taxable wages

©1998, 2006 ADP, LLC All Rights Reserved.

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

THE SHERWIN-WILLIAMS CO.
216-566-2000
101 W. PROSPECT AVE   CLEVELAND, OH 44115-1075

Advice number:   00000430332
Pay date:   10/25/2019

Deposited to the account of
RICHARD M HOAGLAND

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4132 | xxxx xxxx | $646.71 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.





Case 20-13699-mdc    Doc 19    Filed 12/08/20    Entered 12/08/20 14:53:36    Desc Main
Document      Page 3 of 8



| | | | | | |
|---|---|---|---|---|---|
| 000505 | | | | | |
| UZI  521624  5APA53  XB100  0000450381 | | | | | |

# Earnings Statement

**ADP**

THE SHERWIN-WILLIAMS CO.  
216-566-2000  
101 W. PROSPECT AVE   CLEVELAND, OH  44115-1075

Period Beginning: 10/21/2019  
Period Ending:    10/27/2019  
Pay Date:         11/08/2019

Taxable Marital Status:  
  Federal:  Married  

Exemptions/Allowances:  
  Federal:  3

RICHARD M HOAGLAND  
390 GRIESON RD.  
HONEY BROOK PA 19344

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Dr 1/2 Drp&Hk | 2.6780 | 2.00 | 5.36 | 13.39 |
| Ext Delivery | 17.9300 | 1.00 | 17.93 | 17.93 |
| Hk 1/2 Drp Hk | 2.6780 | 2.00 | 5.36 | 13.39 |
| Hourly Pay | 23.8100 | 1.00 | 23.81 | 2,756.02 |
| Hq | | 49.06 | | |
| Hub Mile Pay | 0.4830 | 1593.00 | 769.42 | 1,810.77 |
| Pallet Wgt | 0.1420 | 745.29 | 105.83 | 265.88 |
| Plant Spin | 40.0000 | 1.00 | 40.00 | 80.00 |
| Stop Pay | 15.0000 | 3.00 | 45.00 | 195.00 |
| **Gross Pay** | | | **$1,012.71** | **5,218.55** |

| Adjustment | this period | year to date |
|---|---|---|
| Offset Gtl | +2.65 | |
| Per Diem Tmw | +119.48 | |
| Net Pay | $849.12 | |
| Dir Depst Chkng | -849.12 | 4,028.40 |
| Net Check | $0.00 | |

\* Excluded from federal taxable wages  
Your federal taxable wages this period are $889.48

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| | Federal Income Tax | -42.97 | 241.84 |
| | Social Security Tax | -55.31 | 286.17 |
| | Medicare Tax | -12.94 | 66.93 |
| | PA State Income Tax | -27.31 | 141.29 |
| | Honey Brook Income Tax | -13.34 | 69.03 |
| | PA SUI/SDI Tax | -0.61 | 3.13 |
| | Bethel Twp Local Svc Tax | | 10.00 |
| **Other** | | | |
| | Accident Ins | -2.49 | 12.45 |
| | Group Life Ins | -4.87 | 24.35 |
| | Group Term Life | -2.65 | 13.25 |
| | Pretax Dental | -8.54* | 42.70 |
| | Pretax Health | -114.69* | 573.45 |
| | Offset Gtl | | -13.25 |
| | Per Diem Tmw | | -281.19 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 2.65 | 13.25 |

**Important Notes**  
COMPANY PH #:216-566-2000

**Additional Tax Withholding Information**  
Taxable Marital Status:  
  PA:  Single  
Exemptions/Allowances:  
  PA:  N/A

© 1998, 2006, ADP, LLC  All Rights Reserved

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

THE SHERWIN-WILLIAMS CO.  
216-566-2000  
101 W. PROSPECT AVE   CLEVELAND, OH  44115-1075

Advice number: 00000450381  
Pay date: 11/08/2019

**THIS IS NOT A CHECK**

Deposited to the account of  
RICHARD M HOAGLAND

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4132 | xxxx xxxx | $849.12 |

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |  |
|---|---|---|---|---|---|
| UZI | 521624 | 5APA53 | XB100 | 00000 |  |

# Earnings Statement

**ADP**

THE SHERWIN-WILLIAMS CO.
216-566-2000
101 W. PROSPECT AVE  CLEVELAND, OH  44115-1075

Period Beginning: 10/14/2019
Period Ending: 10/20/2019
Pay Date: 11/01/2019

Taxable Marital Status:
Federal:  Married

Exemptions/Allowances:
Federal:  3

RICHARD M HOAGLAND
390 GRIESON RD.
HONEY BROOK PA 19344

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Breakdown | 20.3600 | 3.25 | 66.17 |  |
| Dr 1/2 Drp&Hk | 2.6780 | 3.00 | 8.03 | 8.03 |
| Hk 1/2 Drp Hk | 2.6780 | 3.00 | 8.03 | 8.03 |
| Hourly Pay | 23.8100 | .50 | 11.91 | 2,732.21 |
| Hq |  | 52.24 |  |  |
| Hub Mile Pay | 0.4830 | 2156.00 | 1,041.35 | 1,041.35 |
| Pallet Wgt | 0.1420 | 1127.14 | 160.05 | 160.05 |
| Plant Spin | 40.0000 | 1.00 | 40.00 | 40.00 |
| Stop Pay | 15.0000 | 10.00 | 150.00 | 150.00 |
| **Gross Pay** |  |  | **$1,485.54** | 4,205.84 |

| Deductions | Statutory |  |  |
|---|---|---|---|
|  | Federal Income Tax | -99.71 | 198.87 |
|  | Social Security Tax | -84.63 | 230.86 |
|  | Medicare Tax | -19.79 | 53.99 |
|  | PA State Income Tax | -41.82 | 113.98 |
|  | Honey Brook Income Tax | -20.43 | 55.69 |
|  | PA SUI/SDI Tax | -0.89 | 2.52 |
|  | Bethel Twp Local Svc Tax |  | 10.00 |
|  | **Other** |  |  |
|  | Accident Ins | -2.49 | 9.96 |
|  | Group Life Ins | -4.87 | 19.48 |
|  | Group Term Life | -2.65 | 10.60 |
|  | Pretax Dental | -8.54* | 34.16 |
|  | Pretax Health | -114.69* | 458.76 |
|  | Offset Gtl |  | -10.60 |
|  | Per Diem Tmw |  | -161.71 |

| Adjustment | this period | year to date |
|---|---|---|
| Offset Gtl | +2.65 |  |
| Per Diem Tmw | +161.71 |  |
| **Net Pay** | **$1,249.39** |  |
| Dir Depst Chkng | -1,249.39 | 3,179.28 |
| **Net Check** | **$0.00** |  |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,362.31

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 2.65 | 10.60 |

**Important Notes**
COMPANY PH #:216-566-2000

**Additional Tax Withholding Information**
Taxable Marital Status:
PA:  Single
Exemptions/Allowances:
PA:  N/A

©1998, 2006 ADP, LLC  All Rights Reserved

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM



THE SHERWIN-WILLIAMS CO.
216-566-2000
101 W. PROSPECT AVE  CLEVELAND, OH  44115-1075

Advice number: 00000440598
Pay date: 11/01/2019

Deposited to the account of
RICHARD M HOAGLAND

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4132 | xxxx xxxx | $1,249.39 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.



J54095800

000506
UZI  521624 5APA53 XB100  0000460335

# Earnings Statement



**THE SHERWIN-WILLIAMS CO.**
216-566-2000
101 W. PROSPECT AVE  CLEVELAND, OH  44115-1075

ADP

| | |
|---|---|
| Period Beginning: | 10/28/2019 |
| Period Ending: | 11/03/2019 |
| Pay Date: | 11/15/2019 |

Taxable Marital Status:
  Federal:          Married

Exemptions/Allowances:
  Federal:          3

RICHARD M HOAGLAND
390 GRIESON RD.
HONEY BROOK  PA  19344

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Dr 1/2 Drp&Hk | 2.6780 | 3.00 | 8.03 | 21.42 |
| Hk 1/2 Drp Hk | 2.6780 | 3.00 | 8.03 | 21.42 |
| Hourly Pay | 23.8100 | 19.50 | 464.30 | 3,220.32 |
| Hq | | 57.05 | | |
| Hub Mile Pay | 0.4830 | 1545.00 | 746.24 | 2,557.01 |
| Pallet Wgt | 0.1420 | 839.74 | 119.24 | 385.12 |
| Stop Pay | 15.0000 | 3.00 | 45.00 | 240.00 |
| Ext Delivery | | | | 17.93 |
| Plant Spin | | | | 80.00 |
| **Gross Pay** | | | **$1,390.84** | 6,609.39 |

| Adjustment | this period | year to date |
|---|---|---|
| Offset Gtl | +2.65 | |
| Per Diem Tmw | +115.88 | |
| **Net Pay** | **$1,131.83** | |
| Dir Depst Chkng | -1,131.83 | 5,160.23 |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,267.61

| Deductions Statutory | | |
|---|---|---|
| Federal Income Tax | -88.35 | 330.19 |
| Social Security Tax | -78.76 | 364.93 |
| Medicare Tax | -18.42 | 85.35 |
| PA State Income Tax | -38.92 | 180.21 |
| Honey Brook Income Tax | -19.01 | 88.04 |
| PA SUI/SDI Tax | -0.84 | 3.97 |
| Bethel Twp Local Svc Tax | | 10.00 |
| **Other** | | |
| Accident Ins | -2.49 | 14.94 |
| Group Life Ins | -4.87 | 29.22 |
| Group Term Life | -2.65 | 15.90 |
| Pretax Dental | -8.54* | 51.24 |
| Pretax Health | -114.69* | 688.14 |
| Offset Gtl | | -15.90 |
| Per Diem Tmw | | -397.07 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 2.65 | 15.90 |

**Important Notes**
COMPANY PH #:216-566-2000

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:          Single
Exemptions/Allowances:
  PA:          N/A

© 1998, 2006, ADP, LLC  All Rights Reserved.

© 2000 ADP, LLC

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM



**THE SHERWIN-WILLIAMS CO.**
216-566-2000
101 W. PROSPECT AVE  CLEVELAND, OH  44115-1075

| | |
|---|---|
| Advice number: | 00000460335 |
| Pay date: | 11/15/2019 |

Deposited to the account of
**RICHARD M HOAGLAND**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4132 | xxxx xxxx | $1,131.83 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

