# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                                        Chapter 13

RICHARD  MARK HOAGLAND                      Bankruptcy No. 20-13699-MDC

390 GRIESON ROAD

HONEY BROOK, PA 19344

                Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    RICHARD  MARK HOAGLAND

    390 GRIESON ROAD

    HONEY BROOK, PA 19344

**Counsel for debtor(s), by electronic notice only.**
    JOSEPH F CLAFFY
    26 SOUTH CHURCH ST
    SUITE 1 SOUTH
    WEST CHESTER, PA 19382

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 12/10/2020                                                                           /s/ William C. Miller

                                                                        _____
                                                                        William C. Miller, Esquire
                                                                        Chapter 13 Standing Trustee