**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  RICHARD MARK HOAGLAND

:  CHAPTER 13
:
:
:

DEBTORS  :  CASE NO. 20-13699

## CERTIFICATE OF SERVICE

I hereby certify that service upon all interested parties, indicated below, was made by sending true and correct copies of the

**Name of Motion:** SECOND AMENDED CHAPTER 13 PLAN

**Attachments:** NONE

**Method of Service:** by First Class Mail except for parties served by the court by ECF transmission

**Date of Service:** April 7th, 2021

**Parties or Persons Served:**

| | |
|---|---|
| All Secured and Priority Creditors | William C. Miller, Chapter 13 Standing Trustee via ECF |
| Via ECF and First Class Mail | U.S. Trustee via ECF |

Any party requesting Notice or adversely effected by the amended plan.

　　　/s/ Joseph F. Claffy
Joseph F. Claffy, Esquire 35142
Joseph F. Claffy & Associates, P.C.
26 South Church Street
West Chester, PA 19382
610 429-0900