IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: RICHARD MARK HOAGLAND<br>**Debtor(s)** | )<br>)<br>)  CHAPTER 13 |
| SANTANDER CONSUMER USA INC.<br>dba CHRYSLER CAPITAL<br>**Moving Party** | )<br>)  Case No.: 20-13699 (MDC)<br>)<br>) |
| v. | )<br>) |
| RICHARD MARK HOAGLAND<br>**Respondent(s)** | )<br>)<br>) |
| WILLIAM C. MILLER<br>**Trustee** | )<br>)<br>)<br>) |

## PRAECIPE WITHDRAWING CHRYSLER CAPITAL'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

**TO THE CLERK OF BANKRUPTCY COURT:**

Kindly withdraw Chrysler Capital's Objection To Confirmation, filed on or about November 11, 2020 in the above-referenced case, number 15 on the docket.

Date: 6/9/21

/s/ William E. Craig
William E. Craig, Esquire
Attorney ID 92329
Morton & Craig LLC
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Phone (856) 866-0100
Fax (856) 722-1554
Attorney for Santander Consumer USA Inc.
dba Chrysler Capital