United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Richard Mark Hoagland  
    Debtor

Case No. 20-13699-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Jun 10, 2021     Form ID: 155     Total Noticed: 13

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**  
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Mark Hoagland, 390 Grieson Road, Honey Brook, PA 19344-1756 |
| 14537563 | | Carrington Mortgage, 2201 East 196th St, Westfield, IN 46074 |
| 14537564 | + | Chrysler Capital, POB 961245, Fort Worth, TX 76161-0244 |
| 14537566 | + | Kent Funding, 7660 Fay Ave PMB 397, La Jolla, CA 92037-0021 |
| 14559850 | + | Santander Consumer USA Inc., dba Chrysler Capital, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14560102 | + | Santander Consumer USA Inc. dba Chrysler Capital, C/O WILLIAM EDWARD CRAIG, Morton & Craig, 110 Marter Avenue, Suite 301 Moorestown, NJ 08057-3125 |
| 14540682 | + | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 14539335 | + | THE BANK OF NEW YORK MELLON, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14539099 | + | THE BANK OF NEW YORK MELLON, F/K/A The Bank of New, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14537562 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 11 2021 02:07:31 | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14548536 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jun 11 2021 02:18:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 14537565 | + | Email/Text: bankruptcy.notices@hdfsi.com | Jun 11 2021 02:18:00 | Harley davidson Credit, 3850 Arrowhead Drive, Carson City, NV 89706-2016 |
| 14548339 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 11 2021 02:18:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14537561 | | Brenda Hoagland |
| 14537567 | *+ | Richard Mark Hoagland, 390 Grieson Road, Honey Brook, PA 19344-1756 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2021             Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2021 at the address(es) listed below:**

| **Name** | **Email Address** |
| --- | --- |
| JOSEPH F. CLAFFY | on behalf of Debtor Richard Mark Hoagland claffylaw@gmail.com  claffylaw@aol.com;claffylawecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-12 bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Richard Mark Hoagland
      Debtor(s)                                              Chapter: 13

                                                     Bankruptcy No: 20−13699−mdc
_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this June 10, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                       Magdeline D. Coleman
                                                       Chief Judge ,
                                                       United States Bankruptcy Court

                                                                                 46 − 16
                                                                                Form 155