**Joseph F. Claffy, Esquire**
**Joseph F. Claffy & Associates, P.C.**
**Attorney ID No. 35142**
**26 South Church Street**
**West Chester, PA 19382**
**(610) 429-0900**

**UNITED STATES BANKRUPTCY COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Richard Mark Hoagland | : | |
| | : | |
| Debtor | : | Bankruptcy No.20-13699 |
| | : | Chapter **13** |

**CERTIFICATION OF SERVICE AND NO RESPONSE**
**TO NOTICE OF FEE APPLICATION**

I, Joseph F. Claffy, Esquire, Attorney for Debtor in the above case do hereby certify that on the 15th Day of June, 2021, I did serve a true and correct copy of Debtor's Counsel's Notice of Application for Approval of Fees in appropriate form filed with the application, upon the below listed individuals by U.S. Mail unless noted as served via ECF. **I further certify that no response or objection to the said application has been received by me or filed in the matter to date and that more than twenty days have expired since the filing of the said motion.**

Date: July 6th, 2021                                    /s/Joseph F. Claffy

**Parties or Persons Served:**

| | |
|---|---|
| U.S. Trustee | William C. Miller |
| 833 Chestnut | Standing Chapter 13 Trustee |
| Street Suite 500 | Via ECF |
| Phila PA 19107 | |
| served via ECF | |

Debtor(s), all creditors and parties in interest or requesting notice via U.S. Mail on June 15th, 2021.

/s/ Joseph F. Claffy
Joseph F. Claffy, Esquire Joseph F. Claffy & Associates, P.C. 26 South Church Street West Chester, PA 19382 610 429-0900 610 429-9550 fax Claffylaw@aol.com