# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 20-13699-MDC

RICHARD MARK HOAGLAND

390 GRIESON ROAD

HONEY BROOK, PA 19344

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

RICHARD MARK HOAGLAND

390 GRIESON ROAD

HONEY BROOK, PA 19344

Counsel for debtor(s), by electronic notice only.

JOSEPH F CLAFFY, ESQ
26 SOUTH CHURCH ST
SUITE 1 SOUTH
WEST CHESTER, PA 19382-

Date: 3/8/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee