UNITED STATES BANKRUPTCY COURT FOR
**THE EASTERN DISTRICT OF PENNSYLVANIA**

In re                                              :
   **RICHARD MARK HOAGLAND**        :
         Debtor    :    Bankruptcy No. 20-13699 MDC
                     :    Chapter **13**
         And         :
         Movant       :

## CERTIFICATION OF SERVICE AND NO RESPONSE TO MOTION TO MODIFY PLAN

    I, Joseph F. Claffy, Esquire, Attorney for Movant in the above case do hereby certify that on the 4th Day of May, 2022 I did serve a true and correct copy of The Motion to Modify Plan post confirmation with Exhibits, Notice and proposed Order filed by me in this case all interested parties, creditors and trustees by Electronic transmission or U.S. Mail as needed. I further certify that no response or objection to the said application has been received by me or filed in the matter to date and that fifteen days have expired since the filing of the said application.

                                         /s/Joseph F. Claffy

Date   6/2/22                         Joseph F. Claffy I.D. No. 35142
                                      Joseph F. Claffy & Associates, P.C.
                                      26 South Church Street
                                      West Chester, PA 19382