# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re: RICHARD MARK HOAGLAND

Debtor

: Chapter 13
:No. 20- 13699 MDC

## ORDER

AND NOW, this 14th day of June 2022, upon consideration of debtor's motion to Modify Chapter 13 Plan Post Petition and the responses thereto, if any, ; it is hereby ORDERED that the Proposed Modified Plan is hereby Confirmed.

BY THE COURT:

_____
**Magdeline D. Coleman**
**Chief U.S. Bankruptcy Judge**